IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AHMAD JONES,**

      **Plaintiff,**

v.                                                                                         CIV 13-0600 KG/LAM

**SGT. MIRANDA,
OFFICER GARCIA,
DR. BARINE RODRIGUEZ
& SGT. ELMORE,**

      **Defendants.**

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to the Honorable Lourdes A. Martinez, United States Magistrate Judge, to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The United States Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the United States District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition, as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

      **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE